IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZACHARY STUBER                                                                          PLAINTIFF

VS.                                                   CIVIL ACTION NO.: 1:14-cv-00130-SA-DAS

JASON WILLIS, Individually And In His
Official Capacity As Officer For The Alcorn
County Sheriff's Department, A Political
Subdivision Of Alcorn County, Mississippi, et al.                                     DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by the parties with the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all claims raised by Plaintiff, Zachary Stuber, in the above-captioned action against Defendant, Jason Willis, Individually and in his Official Capacity as Officer for the Alcorn County Sheriff's Department, are hereby dismissed with prejudice.

IT IS THEREFORE ORDERED that all of the Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 16th day of July, 2015.

                                                     /s/ Sharion Aycock
                                                    U.S. DISTRICT JUDGE